AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Sream, Inc., a California Corporation  )
                                       )
                                       )
            v.                         )  Case No.: 0:16-cv-62641
HHM Enterprise Partners, Inc., a Florida )
            Corporation                )
                                       )

## BILL OF COSTS

Judgment having been entered in the above entitled action on  04/27/2017  against  Plaintiff ,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................... | $ |
| Fees for service of summons and subpoena ................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 268.32 |
| Fees and disbursements for printing ....................................... | |
| Fees for witnesses (itemize on page two) .................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............... | |
| Docket fees under 28 U.S.C. 1923 ....................................... | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................... | |
| TOTAL | $ 268.32 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service          ☐  First class mail, postage prepaid
☐  Other:

s/ Attorney: _(signature)_

Name of Attorney: Kenneth L. Minerley

For:  Defendant HHM Enterprise Partners, Inc.         Date: 5-26-17
            Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                                 By: _____
   Clerk of Court                      Deputy Clerk                       Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||
|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

**PHIPPS REPORTING**

CORPORATE HEADQUARTERS
1551 Forum Place, Suite 200E, West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53034 | 5/2/2017 | 41856 |
| Job Date | Case No. | |
| 2/1/2017 |  | |
| Case Name | | |
| Deposition in Aid of Execution - Various Cases | | |
| Payment Terms | | |
| Due upon receipt | | |

Kenneth L. Minerley
Minerley Fein, P.A.
1200 North Federal Highway
Suite 420
Boca Raton, FL  33432

| | | | | |
|---|---|---|---|---|
| **DEPOSITION TRANSCRIPT OF:** | | | | |
| Jarir Farraj | 257.00 Pages @ | 4.25 | 1,092.25 | |
| Deposition: First Hour | | 85.00 | 85.00 | |
| Deposition: Additional Hour(s) | 4.50 Hours @ | 45.00 | 202.50 | |
| E-Litigation Package | | 35.00 | 35.00 | |
| Paperless delivery: One tree will be planted in your honor! | | 0.00 | 0.00 | |
| Jarir Farraj Exhibit | | | | |
| Exhibits: Scanning | 244.00 Pages @ | 0.25 | 61.00 | |
| Exhibits: Hyperlinked to Transcript | | 15.00 | 15.00 | |

**TOTAL DUE >>>   $1,490.75**

Phipps Reporting is now a certified Green Business!

"Please note our "new" payment mailing address."

Payment is not contingent upon client reimbursement. If an attorney is engaged to collect any unpaid amount you are responsible for the attorney's fees and all costs of collection. Any litigation to collect past due accounts shall be in Palm Beach County, Florida.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,490.75 |

Tax ID: 90-0628164

Phone: 561-362-6699   Fax:561-447-9884

*Please detach bottom portion and return with payment.*

Kenneth L. Minerley
Minerley Fein, P.A.
1200 North Federal Highway
Suite 420
Boca Raton, FL  33432

| | | |
|---|---|---|
| Invoice No. | : | 53034 |
| Invoice Date | : | 5/2/2017 |
| **Total Due** | : | **$ 1,490.75** |

Remit To: **Phipps Reporting, Inc.**
 **1551 Forum Place**
 **Building 200, Suite E**
 **West Palm Beach, FL  33401**

| | | |
|---|---|---|
| Job No. | : | 41856 |
| BU ID | : | SFL |
| Case No. | : | |
| Case Name | : | Deposition in Aid of Execution - Various Cases |

# INVOICE

## PHIPPS REPORTING

**CORPORATE HEADQUARTERS**
1551 Forum Place, Suite 200E, West Palm Beach, FL 33401
TEL: 888-811-3408     FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48728 | 2/3/2017 | 41856 |
| Job Date | Case No. | |
| 2/1/2017 | | |

| Case Name |
|---|
| Various Cases |

| Payment Terms |
|---|
| Due upon receipt |

Kenneth L. Minerley
Minerley Fein, P.A.
1200 North Federal Highway
Suite 420
Boca Raton, FL 33432

---

TAKEN BUT NOT TRANSCRIBED DEPOSITION OF:

Person designated by Sream, Inc.: Jarir Farraj
    Deposition: Not Transcribed- First Hour                                              95.00     95.00
    Deposition: Not Transcribed- Subsequent Hours         4.50 Hours    @    65.00    292.50

                                                    **TOTAL DUE >>>**               **$387.50**

Est. Number of pages: 250

Phipps Reporting is now a certified Green Business!

"Please note our "new" payment mailing address."

Payment is not contingent upon client reimbursement. If an attorney is engaged to collect any unpaid amount you are responsible for the attorney's fees and all costs of collection. Any litigation to collect past due accounts shall be in Palm Beach County, Florida.

---

Tax ID: 90-0628164                                     Phone: 561-362-6699    Fax:561-447-9884

*Please detach bottom portion and return with payment.*

---

Kenneth L. Minerley
Minerley Fein, P.A.
1200 North Federal Highway
Suite 420
Boca Raton, FL 33432

Invoice No.   : 48728
Invoice Date  : 2/3/2017
**Total Due**    : **$ 387.50**

Remit To: **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.     : 41856
BU ID       : SFL
Case No.    :
Case Name   : Various Cases